Criminal Appeals for further review under Article 66, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866 (2006). Thereafter, Article 67, UCMJ, will apply. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 11–0361/AR. U.S. v. Mark C. Chartier. CCA 20100312. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 11–0282/AR. U.S. v. Bobby D. Morrissette. CCA 20090166. Appellee's motion to file a supplemental joint appendix is granted.

No. 11–0534/AF. U.S. v. William S. Bryant. CCA 37619. On consideration of the motions filed by Major Reggie D. Yager to withdraw as Appellate Defense Counsel, it appears that the Judge Advocate General has assigned another counsel to represent Appellants and that the new counsel has assumed representation of said Appellants. Accordingly, it is ordered that said motions are hereby granted.

No. 11–0516/AR. U.S. v. Maurice K. Robins. CCA 20090996. Appellant's motion to attach additional matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), set forth in Appendix C is hereby granted.

Friday, June 10, 2011

No. 11–6007/AR. U.S. v. Demetrice K. Baker. CCA 20100841. Appellee's motion for leave to attach a complete copy of Appellate Exhibit XIV to the record of trial granted.